JOHN D. ARYA (State Bar No. 156108)
SCOTT J. LEIPZIG (State Bar No. 192005)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
john.arya@alston.com
scott.leipzig@alston.com

JS-6

Attorneys for Plaintiffs
**S.L. INVESTMENTS, INC. and STEVE LARSON**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.L. INVESTMENTS, INC., a Nevada corporation; STEVE LARSON, an individual,<br><br>         Plaintiffs,<br><br>   v.<br><br>CARL KARCHER ENTERPRISES, INC., a California corporation,<br><br>         Defendant. | Case No.: SACV 08-0443 AG (RCx)<br><br>ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FRCP 41(a)] |

Having read and considered the stipulation of the Parties, and good cause appearing, it is hereby ORDERED pursuant to the parties' stipulation that S.L. Investments, Inc.'s Complaint in the above-captioned case is hereby dismissed with prejudice.

**SO ORDERED THIS 3rd OF DECEMBER, 2008**.

_____
Honorable Andrew Guilford
United States District Judge